**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 21, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00752-CR

---

### IN RE BOBBY SCOTT GONZALEZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 924707**

---

## MEMORANDUM OPINION

On Wednesday, October 9, 2024, relator Bobby Scott Gonzalez filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Frank Aguilar, presiding judge of the 228th District Court of Harris County, to award thirteen months of "back time" credit toward his sentence.

Relator has not demonstrated that he is entitled to the relief requested. We deny the petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).